## Commonwealth *v.* Alexander, Appellant.

Submitted April 8, 1974. *Stephen H. Hulzelman,* for appellant; *Michael J. Veshecco,* Second Assistant District Attorney, *Bernard L. Siegal,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Clark, Appellant.

Submitted March 19, 1974. *Joseph N. Bongiovanni, III,* and *Speese, Kephart & Bongiovanni,* for appellant; *David Richman, Douglas B. Richardson, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.